NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PHIL-INSUL CORP.,**
**doing business as IntegraSpec,**
*Plaintiff-Appellant,*

v.

**REWARD WALL SYSTEMS, INC.,**
*Defendant-Appellee,*

AND

**NUDURA CORPORATION** AND
**POLYFORM A.G.P INC.,**
*Defendants-Cross-Appellants,*

AND

**BUILDBLOCK BUILDING SYSTEMS, LLC,**
*Defendant-Appellee,*

AND

**AMVIC CORPORATION,**
*Defendant-Appellee.*

---

2014-1078, -1098

---

Appeals from the United States District Court for the District of Nebraska in No. 8:12-CV-00091, Chief Judge Joseph F. Bataillon.

-------------------

## JUDGMENT

-------------------

PAUL ADAMS, The Adams Law Firm, of Albuquerque, New Mexico, argued for plaintiff-appellant. Of counsel on the brief were MICHAEL T. COOKE and BRETT M. PINKUS, Friedman, Suder & Cooke, of Fort Worth, Texas.

RACHEL C. HUGHEY, Merchant & Gould P.C., of Minneapolis, Minnesota, argued for defendants-cross-appellants Nudura Corporation, et al. With her on the brief were CHRISTOPHER J. SORENSON, AARON M. JOHNSON, and KATHERINE E. MULLER.

KORI ANNE BAGROWSKI, Brinks Gilson & Lione, of Chicago, Illinois, argued for defendant-appellee Amvic Corporation. With her on the brief was JAMES ROBERT SOBIERAJ.

MICHAEL R. ANNIS, Husch Blackwell, LLP, of St. Louis, Missouri, for defendant-appellee Reward Wall Systems, Inc. Of counsel was ANDREW RICHARD GILFOIL. On the brief for defendant-appellee Buildblock Building Systems, LLC, were DAVID M. SULLIVAN and HARVEY D. ELLIS, JR, Crowe & Dunlevy, P.C., of Oklahoma City, Oklahoma. Of counsel was TYNIA A. WATSON.

-------------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| October 10, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |